DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JULIA KNIGHT and EVERTON KNIGHT,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
Appellee.

No. 4D19-2066

[September 11, 2019]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank David Ledee, Judge; L.T. Case No. CACE18-009696.

Julia Knight and Everton Knight, Hollywood, pro se.

Kimberly S. Mello of Greenberg Traurig, P.A., Orlando, and Vitaliy Kats of Greenberg Traurig, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

LEVINE, C.J., MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***